UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

JILL M. PARISI            Case No.

              Debtor(s)            Chapter

Address: 145 DONNA LANE
WILLIAMSVILLE, NY 14221

**AFFIDAVIT OF NO PAYMENT ADVANCES
FROM EMPLOYER OR OTHERWISE**

STATE OF NEW YORK )
COUNTY OF ERIE ) ss:

I, JILL M. PARISI., being duly sworn, hereby depose and state:

1. That your deponent is a Debtor in the above captioned matter in connection with her petition for relief Chapter 7 of the United States Bankruptcy Code.

2. That your deponent is aware of the requirement to file payment advances received within the immediate 60 days prior to filing the petition.

3. That in the immediate 60 days prior to the date of filing the petition, your deponent, _July 14 – Aug. 2, 2009_ has not received any payment(s) from any employer, consistent with the disclosures made in Schedule I.

4. As a result, the provisions required by 11 USC § (a) (l) (B) (iv) are inapplicable to the Debtor in the instant case, and the lack of filing such pay advances should not be construed as a deficiency in her pleadings.

DATED: 7/24/09                          /s/ Jill Parisi

State of New York:
County of Erie: ss:
On the 27 day of _____, 2009, before me, the undersigned, personally appeared Jill Parisi. _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual (s) whose name(s) in (are)subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behlaf of which the individual (s) acted, executed the instrument.

                                                       NOTARY PUBLIC

IRENE ARROYO-PROCTOR
Notary Public, State of New York
Qualified in Suffolk County, No. 5009048 Niagara
Certified in Nassau County
Commission Expires March 8, ____

```
*|0CN61104346021420101090806000314Z
ACE PROPERTY AND CASUALTY COMPANIES
PO BOX 31121
TAMPA FL 33631-3121
```



DATE 08/06/09

CHECK NO. **CN61104346**



***STATEMENT***

ACE USA
ACE Property and Casualty Insurance Company
and Affiliated Insurers

```
5900A11CN 00    02126 CN61104346
JILL PARISI
145 DONNA LEA BLVD
WILLIAMSVILLE NY 14221
```

FILE ID
494C1011780

DOLLARS
$******1,335.70

\* NOT NEGOTIABLE \*

FOR
07/15/09 THRU 08/01/09

CLAIMANT
PARISI;JILL M

DATE OF EVENT
07/14/09

Questions with regard to this payment should be referred to your agent or the Customer Service Unit of the Claim Office whose address appears above.

*≠ Cl. off 2½ wks. —*
*July 14 — Aug. 24*

Case 1-09-14549-MJK,   Doc 11,   Filed 10/19/09,   Entered 10/19/09 13:19:58,
Description: Main Document , Page 2 of 4

BR01AB (02/2009)

DETACH THIS PORTION BEFORE CASHING

| | PAY PERIOD END | SOC. SECURITY NO. | | EMPLOYEE NAME | | | | DEPT. NO. | EMPL. NO. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/12/09 | XXX-XX-2538 | PARISI JILL M | | | | | 6011 | 1822 | 1 | 1 | 1 | 0 |
| | POSITION NO. | BASE RATE | 2ND SHIFT | 3RD SHIFT | | ESL | | PTO | | | | | |
| 1 | 314 | 18.610 | 1.000 | .700 | | CURRENT ACCRUAL | 2.60 | 8.08 | | | | | |
| 2 | | | | | | YTD USED | | 151.93 | | | | | |
| 3 | | | | | | AVAILABLE BALANCE | 231.53 | 15.78 | | | | | |

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HRS./NO. | AMOUNT | TYPE | AMOUNT | YTD AMOUNT | TYPE | AMOUNT | YTD AMOUNT |
| REG | 63.02 | 1172.80 | FED TAX | 211.66 | 2240.52 | | | |
| SHIFT WK | 22.80 | 74.11 | NYS TAX | 82.53 | 1180.52 | | | |
| OT | 5.93 | 171.68 | NY DBL | 1.20 | 21.60 | | | |
| ADD SHIF | | 100.00 | MEDICARE | 25.15 | 405.98 | | | |
| W HOL OT | 7.62 | 220.61 | FICA | 107.53 | 1735.88 | | | |
| PTO | 7.50 | 139.58 | DENTAL | 32.59 | 586.62 | | | |
| | | | HEALTH | 111.77 | 2011.86 | | | |
| | | | DEP LIFE | .51 | 9.18 | | | |
| | | | EMP LIFE | 7.82 | 101.66 | | | |

| | HOURS | CURRENT GROSS | YTD GROSS | NET PAY | YTD HOURS | TOTAL CURRENT DEDUCTIONS | |
|---|---|---|---|---|---|---|---|
| TOTALS | 84.07 | 1878.78 | 30596.62 | 1298.02 | 1519.28 | 580.76 | |

## Catholic Health System

| | PAY PERIOD END | SOC. SECURITY NO. | | EMPLOYEE NAME | | | | DEPT. NO. | EMPL. NO. | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/29/09 | XXX-XX-2538 | PARISI JILL M | | | | | 6011 | 1822 | 1 | 1 | 1 | 0 |
| | POSITION NO. | BASE RATE | 2ND SHIFT | 3RD SHIFT | | ESL | | PTO | | | | | |
| 1 | 314 | 18.610 | 1.000 | .700 | | CURRENT ACCRUAL | 2.60 | 8.08 | | | | | |
| 2 | | | | | | YTD USED | | 144.43 | | | | | |
| 3 | | | | | | AVAILABLE BALANCE | 228.93 | 15.20 | | | | | |

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HRS./NO. | AMOUNT | TYPE | AMOUNT | YTD AMOUNT | TYPE | AMOUNT | YTD AMOUNT |
| REG | 68.55 | 1275.72 | FED TAX | 129.38 | 2028.86 | | | |
| SHIFT WK | 15.20 | 49.41 | NYS TAX | 54.16 | 1097.99 | | | |
| PTO | 7.50 | 139.58 | NY DBL | 1.20 | 20.40 | | | |
| | | | MEDICARE | 19.15 | 380.83 | | | |
| | | | FICA | 81.86 | 1628.35 | | | |
| | | | DENTAL | 32.59 | 554.03 | | | |
| | | | HEALTH | 111.77 | 1900.09 | | | |
| | | | DEP LIFE | .51 | 8.67 | | | |
| | | | EMP LIFE | 7.82 | 93.84 | | | |

| | HOURS | CURRENT GROSS | YTD GROSS | NET PAY | YTD HOURS | TOTAL CURRENT DEDUCTIONS | |
|---|---|---|---|---|---|---|---|
| TOTALS | 76.05 | 1464.71 | 28717.84 | 1026.27 | 1435.21 | 438.44 | |



| PAY PERIOD END | SOC. SECURITY NO. | EMPLOYEE NAME | | | DEPT. NO. | EMPL. NO. | | |
|---|---|---|---|---|---|---|---|---|
| 9/26/09 | XXX-XX-2538 | PARISI JILL M | | | 6011 | 1822 | | |
| | | | ESL | | PTO | | | |
| POSITION NO. | BASE RATE | 2ND SHIFT | 3RD SHIFT | CURRENT ACCRUAL | 2.60 | 8.08 | | |
| 314 | 18.610 | 1.000 | .700 | YTD USED | | 161.93 | | |
| | | | | AVAILABLE BALANCE | 234.13 | 13.86 | | |

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HRS./NO. | AMOUNT | TYPE | AMOUNT | YTD AMOUNT | TYPE | AMOUNT | YTD AMOUNT |
| REG | 66.08 | 1229.75 | FED TAX | 54.27 | 2240.52 | | | |
| SHIFT WK | 15.33 | 49.82 | NYS TAX | | 1234.79 | | | |
| OT | .02 | .57 | NY DBL | 1.20 | 22.80 | | | |
| PTO | 10.00 | 186.10 | MEDICARE | 19.17 | 425.15 | | | |
| | | | FICA | 81.96 | 1817.84 | | | |
| | | | DENTAL | 32.59 | 619.21 | | | |
| | | | HEALTH | 111.77 | 2123.63 | | | |
| | | | DEP LIFE | .51 | 9.69 | | | |
| | | | EMP LIFE | 7.82 | 109.48 | | | |

| | HOURS | CURRENT GROSS | YTD GROSS | NET PAY | YTD HOURS | TOTAL CURRENT DEDUCTIONS |
|---|---|---|---|---|---|---|
| TOTALS | 76.10 | 1466.24 | 32062.86 | 1156.95 | 1595.38 | 309.29 |

**Catholic Health System**
We believe.
McAuley Residence
1503 Military Road
Kenmore, New York 14217

| CHECK NUMBER | CHECK DATE | EMPLOYEE NO. | DEPT. |
|---|---|---|---|
| 000094 | 10/01/2009 | 1822 | 6011 |

**DEPOSIT ADVICE**

000094

CHECK AMOUNT
VOID VOID VOID VOID VOID

**Non-Negotiable**

To The Account of
PARISI JILL M
145 DONNA LEA BLVD
WILLIAMSVILLE    NY 14221